Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

__Greenville_____ Division

Wesley Edward Smith, III

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Carolina Franchise Holdings Inc, Burger King, Inc
South Carolina State General Assembly Memebrs (et al)

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

RECEIVED
AUG 10 2022
U.S. DISTRICT COURT
GREENVILLE, S.C.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Wesley Edward Smith III |
   | Street Address | P O Box 294 |
   | City and County | Monks Corner Berkele |
   | State and Zip Code | South Carolina 29461 |
   | Telephone Number | |
   | E-mail Address | wsmittyd4@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Wesley Edward Smith III, is a citizen of the State of *(name)* South Carolina.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Carolina Franchise Holdings Inc, is a citizen of the State of *(name)* Wichita KS. Or is a citizen of *(foreign nation)* South Carolina.

    b.    If the defendant is a corporation

The defendant, *(name)* Burger King, Inc, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* unk.

Or is incorporated under the laws of *(foreign nation)* unk, and has its principal place of business in *(name)* South Carolian.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Before the alleged illegal or wrongful discharge and depriaval or infringment of my constitutional due process rights from employment I, Wesley Edward Smith III am still owed over $80,000.00 (minus taxes and accrued interest) by Burger King Inc for servces rendured/completed. Needed safety conditions in employment corrections, maintainance rapairs services, cleaning repairs, construction, Grease disposed of as the Facility Manager as Tng. position pay was promised

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1 Equal Propetction Cause States all citizen are guarennted due process, FOLLO UP Workman Comp/SSI Claim
2 Due process clause states no state nor no person shall abridge the right of another person or employee
3 State Court Order restricts the 14th Amened which should not have been denied, deprived nor infringed upon
4 Third party are filing frivolous claims about accidents casue by Wesley Edard Smith III without showing proof
5 The posted laws in inquiry states I Wesley Edward Smith III and family have a right to understand the law
6. The posted laws allow fair and equal discovery if race, color or age an issue as to What Color is Suth Carolina
7. To discover if race, color or age of the listed persons, I never met, considered a motivational factor for injury

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Laws afforded by the intervening law enforcment agenccies such as and other agencies the EEOC OSHA, SHAC. Department of Justice (Honorable Wiliiam Barr) DHEC and others as President Donald Trump with safety Concerns issues and Speaker of the State Honorable nancy P{oesi for HAZMAT concern in the business also overlooked in terms of employment policies and procedures NOT being in compliance with the UPDATED conform to the posted laws, to better treat all employee alike , regardles of ones COLOR or RACE or Age

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

To have adjudication process applied equally and allows distribnution of the relaease of of Substantive material Evidence required by law, and the monetary dmamage as a result of the personal injuries and menatal ups and dons, thats reasonable and just according to law or the court finds ripe for the adjudcation process. Each pleading seperately not ithstanding the entire drawn out verdict(s), but speedy and fast, on the case by case basis. Allow assemblage of the General Assembly to inform the Executive of corpartions on both public and privated sector as to who the South Carolina Laws are DIRECTED and, in which Form the errected Offical for that supported Legslative Body, that allows its memebers to make SOLE determinations, BUT as BOTH the Chuch and State.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/08/2022

Signature of Plaintiff
Printed Name of Plaintiff    Wesley Edard Smith III

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address